THE EATON AXLE AND SPRING COMPANY, RESPONDENT, v. BREEZE CORPORATIONS, INCORPORATED, APPELLANT.

Argued February 13, 1933—Decided September 27, 1933.

For the respondent, *Andrew J. Whinery*.

For the appellant, *Lionel P. Kristeller*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the *per curiam* opinion filed in the Supreme Court, and printed in 10 *N. J. Mis. R.* 1100.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, CASE, HEHER, VAN BUSKIRK, HETFIELD, DEAR, WELLS, JJ. 8.

*For dismissal*—PARKER, KAYS, JJ. 2.